UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
and THE STATE OF MICHIGAN,

    Plaintiffs,

*ex rel.* JANE DOE,

    Plaintiff/Relator,

vs.

MED EXPRESS INC., YASSER MAISARI, and STEPHEN M. SWETECH, MD., and JOHN DOES 1-10,

    Defendants.
_____/

Civil Case No. 17-13162

Honorable Gershwin A. Drain
Magistrate Judge Elizabeth A. Stafford

# ORDER

  This action was brought under the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-3733, and the Michigan Medicaid False Claim Act, M.C.L. §§ 400.601-400.615. The United States and the State of Michigan (collectively, the "Governments") notified the Court of their decision to intervene this action on August 5, 2024. ECF 57, PageID.229. The parties have since entered into settlement agreements to resolve the case and the Governments and Relator have

requested dismissal of this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, 31 U.S.C. § 3730(b)(1), M.C.L. § 400.610a.

In light of the above and for good cause shown, it is **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.   The Court retains jurisdiction to enforce the settlement agreements between the parties to this matter.

/s/Gershwin A. Drain
HONORABLE GERSWHIN A. DRAIN
United States District Judge

Date: November 7, 2024